**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>KOSSOFF PLLC,<br><br>       Debtor. | Chapter 7<br>Case No. 21-10699 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>       Plaintiff,<br><br>   v.<br><br>ERNEST PEREVOSKI, TERRI ABBEY, HUI-FONG LEE, JOHN BOSWELL, EQUITY TRUST COMPANY, PETER XENOPOULOS, P. XENOPOULOS REALTY, LLC, RONNY MINTZ, CHALRON ENTERPRISES LTD., PAMELA KOSSOFF, in her capacity as executor of the estate of Phyllis Kossoff,<br><br>       Defendants. | Adv. Pro. No. 22-01141 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>       Plaintiff,<br><br>   v.<br><br>PAMELA KOSSOFF, in her capacity as executor of the estate of Phyllis Kossoff,<br><br>       Defendant. | Adv. Pro. No. 22-01146 (DSJ) |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>      Plaintiff,<br><br>  v.<br><br>VNB NEW YORK LLC, VALLEY NATIONAL BANK, MITCHELL H. KOSSOFF and PAMELA KOSSOFF, in her capacity as executor of the estate of Phyllis Kossoff,<br><br>      Defendants. | Adv. Pro. No. 22-01113 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ROC LE TRIOMPHE ASSOCIATES LLC, HAMPTON MANAGEMENT COMPANY LLC, and MITCHELL H. KOSSOFF,<br><br>      Defendants. | Adv. Pro. No. 22-01158 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL BESEN, 34447 EQUITIES, INC.; and ALEC KOSSOFF,<br><br>      Defendants. | Adv. Pro. No. 23-01004 (DSJ) |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>COLUMBUS PROPERTIES, INC.; and COLONNADE MANAGEMENT, CORP.,<br><br>                  Defendants. | Adv. Pro. No. 23-01095 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY,<br><br>                  Defendants. | Adv. Pro. No. 23-01021 (DSJ) |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>       Plaintiff,<br><br> v.<br><br>SALLY E. UNGER, and THE SALLY E. UNGER FAMILY TRUST,<br><br>       Defendants. | Adv. Pro. No. 23-01127 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>       Plaintiff,<br> v.<br><br>COLGATE UNIVERSITY, and JEREMY KOSSOFF,<br><br>       Defendants. | Adv. Pro. No. 23-01023 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>       Plaintiff,<br><br> v.<br><br>HAVERFORD COLLEGE,<br><br>       Defendant. | Adv. Pro. No. 23-01105 (DSJ) |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC, | Adv. Pro. No. 23-01155 (DSJ) |
| Plaintiff, | |
| v. | |
| FORDHAM UNIVERSITY SCHOOL OF LAW, FORDHAM UNIVERSITY, and JEREMY KOSSOFF, | |
| Defendants. | |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC, | Adv. Pro. No. 23-01109 (DSJ) |
| Plaintiff, | |
| v. | |
| EPRODIGY FINANCIAL, LLC, CAPITAL STACK, LLC, and ACH CAPITAL, LLC, | |
| Defendants. | |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC, | Adv. Pro. No. 23-01110 (DSJ) |
| Plaintiff, | |
| v. | |
| QUEEN FUNDING, LLC, | |
| Defendant. | |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>      Plaintiff,<br><br>  v.<br><br>TIGER CAPITAL GROUP LLC,<br><br>      Defendant. | Adv. Pro. No. 23-01111 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>      Plaintiff,<br><br>  v.<br><br>UNIQUE FUNDING SOLUTIONS, LLC,<br><br>      Defendant. | Adv. Pro. No. 23-01112 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>      Plaintiff,<br><br>  v.<br><br>BMF ADVANCE, LLC,<br><br>      Defendant. | Adv. Pro. No. 23-01113 (DSJ) |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CEDAR ADVANCE, LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 23-01114 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELITE ENTERPRISES OF NY, INC.,<br><br>　　　　　Defendant. | Adv. Pro. No. 23-01115 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BLOOMINGDALES, INC.; and PAMELA KOSSOFF,<br><br>　　　　　Defendants. | Adv. Pro. No. 23-01094 (DSJ) |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A., and PAMELA KOSSOFF,<br><br>       Defendants. | Adv. Pro. No. 23-01096 (DSJ) |

**ORDER REGARDING TIME TO APPEAL**

On February 21, Counsel for the Chapter 7 Trustee forwarded to chambers an email from Mitchell Kossoff, who is incarcerated, requesting a substantial extension of time to appeal from the Court's recent decision and order resolving issues pertaining to an amended IRS proof of claim. The Court asked counsel for the trustee to provide a response to Mr. Kossoff, and, by this Order, the Court memorializes the substance of its response and incorporates it in the relevant cases' records. The Court declines to enter relief at this time with respect to any party's time to commence an appeal. The Court calls Mr. Kossoff's attention to Bankruptcy Rules 8002(a) (which generally sets a deadline to notice appeals of 14 days from entry of the order being appealed); 8002(c) (which details procedures for appeals by an inmate confined in an institution); and 8002(d) (concerning applications to extend the time to file a notice of appeal). The Chapter 7 Trustee is directed to inform Mr. Kossoff of this order by email with a hard copy to be sent by mail. The Chapter 7 Trustee is to file a certificate or other proof of service of the order.

It is so ordered.

Dated:   New York, New York
         February 21, 2025                          /s/ David S. Jones
                                           HONORABLE DAVID S. JONES
                                           UNITED STATES BANKRUPTCY JUDGE