TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Minta J. Nester

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: 
In re: : Chapter 7
:
KOSSOFF PLLC, : Case No. 21-10699 (DSJ)
:
                   Debtor. :
---------------------------------------------------------------- X
:
ALBERT TOGUT, Not Individually but Solely :
in His Capacity as Chapter 7 Trustee of the :
Estate of Kossoff PLLC, :
: Adv. Pro. No. 23-01155 (DSJ)
                   Plaintiff, :
:
                   v. :
:
FORDHAM UNIVERSITY and :
JEREMY KOSSOFF, :
:
                   Defendants. :
---------------------------------------------------------------- X

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the March 12, 2025 pre-trial conference for the above-captioned adversary proceeding has been adjourned until **June 12, 2025 at 10:00 a.m. (Prevailing Eastern Time)** (the "Pre-Trial Conference").

**PLEASE TAKE FURTHER NOTICE** that the Pre-Trial Conference will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004. The Pre-Trial Conference shall take place via Zoom for Government. Those wishing to

appear before the Court at the Pre-Trial Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than June 11, 2025 at 4:00 p.m. (Prevailing Eastern Time).

Dated:   March 11, 2025
            New York, New York

                                      ALBERT TOGUT, not individually but
                                      solely in his capacity as Chapter 7 Trustee of
                                      Kossoff PLLC
                                      By His Attorneys,
                                      TOGUT, SEGAL & SEGAL LLP,
                                      By:

                                      */s/ Minta J. Nester*
                                      ALBERT TOGUT
                                      NEIL BERGER
                                      MINTA J. NESTER
                                      One Penn Plaza, Suite 3335
                                      New York, New York 10119
                                      (212) 594-5000